## Commonwealth ex rel. Slusarski *v.* Slusarski, Appellant.

Argued June 8, 1964. *David H. Kubert,* with him *Vito N. Pisciotta,* for appellant; *Murray C. Goldman,* for appellee.

Order affirmed.

## Commonwealth ex rel. Smith, Appellant, *v.* Russell.

Submitted June 8, 1964. *Roy Smith,* appellant, in propria persona; *Vincent C. Veldorale* and *Thomas M. Reed,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Snyder, Appellant, *v.* Maroney.

Submitted June 8, 1964. *William Snyder,* appellant, in propria persona; *John A. Harris,* District Attorney, for appellee.

Order affirmed.